# United States Court of Appeals
## For the First Circuit

---

No. 06-2472

UNITED STATES OF AMERICA,

Appellee,

v.

RASHAUN JONES,

Defendant, Appellant.

---

ERRATA SHEET

The opinion of this Court issued on April 11, 2008, is amended as follows:

On page 24, line 9:  "3,321.16 kilograms" should be "3,348.16 kilograms."